FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Daniel C Mitchell III
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

versus

Jefferson parish Sherrifs office
Philip Blitch
Gregory P Donald
Justin K McLin

Print the full name of all defendants in this action.
**DO NOT WRITE** *et al.*

CIVIL ACTION NO. 19-13023

SECTION SECT. A MAG. 1

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)

TENDERED FOR FILING

OCT 07 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____n/A_____

   Defendants _____N/A_____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____N/A_____

3. Docket Number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____~~illegible~~ N/A_____

7. Approximate date of disposition _____N/A_____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No ( ) N/A

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.
_____N/A_____

II. PLACE OF PRESENT CONFINEMENT: _____N/A_____

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No ( )  N/A

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No ( )  N/A

C. If your answer is "yes", N/A

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____N/A_____

2

            N/A

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: _____

            N/A

## III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last)    N/A

Prisoner Number    N/A

Address    N/A

Date of Birth    N/A

Date of Arrest    N/A

Date of Conviction    N/A

III. A (continued) - ADDITIONAL PLAINTIFFS     In Re:_____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last) Daniel C Mitchell III

Prisoner Number  1001074850

Address  2616 Ridgefield DR metairie LA, 70003

Date of Birth  06/08/1997

Date of Arrest  1/28/19

Date of Conviction _____

Signature  Daniel C mitchell III

Full Name of Plaintiff
(First - Middle - Last) Ashley ann cinquemano

Prisoner Number  00739122

Address  2616 Ridgefield DR metairie LA, 70003

Date of Birth  04/07/1990

Date of Arrest  1/28/19

Date of Conviction _____

Signature _____

Full Name of Plaintiff
(First - Middle - Last) _____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature _____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant ~~[redacted]~~ is employed as ~~[redacted]~~ at ~~[redacted]~~
Address for service: ~~[redacted]~~

C. Defendant Jefferson parish is employed as Sherrifs office at
Address for service:

D. Defendant philip Blitch is employed as police officer at Jefferson parish Sherrifs
Address for service:

E. Defendant Gregory Donald is employed as police officer at Jefferson parish Shorrifs office
Address for service:

F. Defendant Justin K McLin is employed as police officer at Jefferson parish sherrifs office
Address for service:

G. Defendant _____ is employed as _____ at _____
Address for service:

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 1-28-19 I left my house with my sister ashley Ann cinquemano because I knew I had warrents for my arrest 4 days before this incident so I was going to turn myself in because I was scared for my life to let any Jefferson parish police officer involved in my case arrest me because they contacted my mother Stacie Mitchell

4

and Informed Her that I had warrants for my arrest and that when they catch me they were going to kill me

V. Relief

<u>(State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.)

So while me and my sister ashletonCinquemano were on her moter cycle we noticed that there were unmarked police units following us so we kept Driving for my safty Because of the treats from the officers Involved In my case so we were about 15 minuts from arriveing at the Jefferson parish Jail for me to turn my self In, now we are on N armoult Rd and out of nowere a Grey ford tures smashed us off of the moterBike and tryed to Run us commpietly over, my sister was stuck under the moterBike and I was able to push myself from under the moterBike,

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 24th day of 24th September, 2019.

_____
(Signature of Plaintiff)

10/2015

5