UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL C. MITCHELL, III | CIVIL ACTION |
| VERSUS | NO: 19-13023 |
| JEFFERSON PARISH SHERIFF'S OFFICE, ET AL. | SECTION: "A" (1) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Janis Van Meerveld, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Janis Van Meerveld and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Complaint filed by the Plaintiff Daniel C. Mitchell, III, which asserted claims under 42 U.S.C. § 1983 against the Defendants is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed.R.Civ.P. 41(b).

July 7, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE